**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**Case No. 6:26-cv-1273-JSS-DCI**

**VANESSA ANN RIVERA COLON,**

Plaintiff,

v.

**EXPERIAN INFORMATION SOLUTIONS, INC.,**
*ET AL.,*

**Defendants.**

_______________________________________/

**JOINT NOTICE OF SETTLEMENT REGARDING EXPERIAN INFORMATION SOLUTIONS, INC., ONLY**

Plaintiff Vanessa Ann Rivera Colon ("Plaintiff") and Defendant Experian Information Solutions, Inc. submit this Joint Notice of Settlement and state that Plaintiff and Experian Information Solutions, Inc. have reached a settlement with regard to the claims between Plaintiff and Experian Information Solutions, Inc. and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the appropriate dismissal documents will be filed with the Court.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

DATED: August 4, 2026

Respectfully Submitted,

/s/ Talal Rashid
**Talal Rashid, ESQ.**
Florida Bar No. 1010307
E-mail: Talal@pzlg.legal
Patti Zabaleta Law Group
110 SE 6th Street, 17th Floor
Fort Lauderdale, Florida 33301
Phone: 305-332-6201

*COUNSEL FOR PLAINTIFF*

/s/ Maria Ruiz
**MARIA RUIZ, ESQ.**
Florida Bar No. 182923
E-mail: mruiz@haber.law
HABER LAW, LLP
251 NW 23rd Street
Miami, FL 33127
Phone: 305-379-2400

*COUNSEL FOR EXPERIAN INFORMATION SOLUTIONS INC*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 4, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Talal Rashid
**TALAL RASHID, ESQ.**
Florida Bar No. 1010307